IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EXPORT DEVELOPMENT CANADA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 13-0444-CG-N |
| NABORHOOD BUILDING PRODUCTS, LLC, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

For good cause shown and pursuant to Rule 55(c) of the Federal Rules of Civil Procedure the defendants' Motion to Set Aside Clerk's Entry of Default on October 23, 2013 (Doc. 14) is **GRANTED**, and the Clerk's entries of default (Docs. 10,11) are hereby **SET ASIDE**. The defendants are **ORDERED** to file an answer or Rule 12(b) motion **on or before December 2, 2013**.

In light of the forgoing the plaintiff's motions for default judgment (Docs. 12, 13) are **DENIED** as **MOOT**.

It is further **ORDERED** that defendant Naborhood Building Products, LLC file its disclosure statement pursuant to Local Rule 3.4 **on or before December 2, 2013**. The clerk is directed to attach a copy of a blank disclosure statement to this order.

**DONE and ORDERED** this 15th day of November, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE